UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD RICHARD SMITH, | : | CIVIL ACTION NO. 3:CV-12-2051 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| UNITED STATES PAROLE COMMISSION | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 12ᵗʰ DAY OF SEPTEMBER, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**;

2. All outstanding motions, including Petitioner's Motions for Summary Judgment (Docs. 11, 25), Motion for Reconsideration (Doc. 22), Motion for Emergency Hearing (Doc. 24); and Motion for Justice (Doc. 29) are **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case.

*/s/ William Nealon*
United States District Judge

**FILED
SCRANTON**

SEP 1 2 2013

PER _M. B. P._
DEPUTY CLERK